FILED - USDC -NH
2024 MAR 29 AM10:32

Page (1)                                                    3-24-2024

U.S. District Court's.
Concord, N.H. 03301.
55 Pleasant Street.


PRO Se:    Richard Abrahams JR.
           inmate Booking # 34503.
           138 East Milan Street.
           Berlin NHSP, Berlin NH 03570

I declare (or certify, verify,
or state) under penalty of
perjury that the foregoing is
true and correct.

This is Action Filed By Richard Abrahams Jr.
A State prisoner Alleging violation
of his Constitutional Rights to
Recive proper medical care.
And Seeking injunctive Relief
and money damages.

I'd like to Bring this to This
Honorable Judge. Attention,

Motion: For
Cruel and unusual punishment

Page (2)                    : BRief                    3-24-2024

Im A man OF 65 Year's OF Age
Born July 3, 1958. What Brings
Me Before This Honorble Court's
is A serious physical And Medical
Need. Causing unnessary Pain.
I have A Bad Hip, Left side,
under deliBerate Indifference
Standard's serious medical
need's. This Prison dose not have
Necessary Medical service's
InadeQuat emergency eQuipment
ex-Ray Machine.
On 11-2-2020 I was due For
Surgery For A compleat hip
Replacement, At the Sea Coast
sport's center, Located In Somersworth
New Hampshire, due To Reason's
Beyound my controll, Surgery
was not performed. I suffer
day and night, In unnessuray
Pain. Iv Been To sick Cell &
Appointment's a grate many
Time's, Iv Filled out many
grievance's To no Avail.

Page (3)                    ∴ BRIeF                    3-24-2024

This pRoBLem is Causing
me Back pain ALSo. I now
Limp on my LeFT side, And
I dont THINK I will ever
WeLK Right Again. FoR oveR
one yeaR Hear in the NHSP
SYSTems. I have not Recived
PRoPeR medical ATTion. FoR
This, I can oNLY PRay and Hope
This HoNoRaBle CouRT's, will
See That I may Recive Remedy
To RecoveR a Right and oBTain
RedRess FoR a WRoNg. FoR This
Reason I'm ASKing The CouRT's To
gRant me, INJuNcTive ReLieF
And money damage's.

I sweaR on The GRouNd's oF
        PeRJuRy. That eveRY
Thing I PuT BeFoRe The CouRT's
To Be TRue. RespecTFuLLy

Richard Abrahams Jr 34503
138 EAsT MiLan STReeT,
BeRLiN, NH 03570.
              dated 3-24-2024

## INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO: Unit Supervisor, Security Lieutenant, CC/CM**    DATE: 2-26-24

**FROM:** Abrahams     Richard     JP     ID #: 34503

| Last Name | First Name | Middle Initial |

NCF     C     24

| Facility | Housing Unit | Cell | Work/Shift |

**INMATE REQUEST:** IV have Been To Sick call As many As 10 Times, In Regaurds To my Left hip PRoBlem, what I'm Asking is To Be seen By an ORThopedic doctor, IV seen many doctoRs here in Regaurds To This matter, Back In November Last year doctor Kayse Kays, Put In A Med call Report FoR me To see AN ORThopedic doctor, His Request has Been ignoRed, Along with my complaints ABout such Pain, I'm in Pain dayly, which is causing me grete Amount discomfct and stress due To Pain I'm Askine To see A Bone doctor, Not A sick call doctor, After one year of Being here, IT's Plane To see Noothing is going To Be done

(if you need more space, use plain paper)

_Inmate Signature_

**TO:** Med..     DATE: 2-26-24

**FROM:** Unit Supervisor, Security Lieutenant or CC/CM

**REMARKS:** _____

_Staff Signature_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FROM:** ELIZABETH MUNYU APRN     DATE: 2-29-2
**Staff Member Name/Office**

**REMARKS:** Mg. Abrahams,
Thank you for the IRS.
Your concern is best addressed at a meeting wiing provider. an appoinment has been requested

Elizabeth Munyu APRN
_Staff Signature_

Received By     Abrahams
_Inmate Signature_

| White - Offender Records Office | Yellow - Inmate | Pink - Staff | SP-014 (a) Rev. 01/14 |

# INSTRUCTIONS

This form will be used by inmates of the New Hampshire Department of Corrections Facilities in Concord, Lakes Region, Goffstown, Berlin and Community Corrections Centers to communicate requests/issues to members of the Department of Corrections staff. Inmates serving sentences at other than New Hampshire State Prison Facilities may use stationary rather than inmate request slips.

The Yellow and White copies will be returned to you with a response. You must acknowledge receiving this response by signing the White original, which will then be returned to Offender Records for storage in archives for 3 years, after which it will be destroyed.

**The Yellow copy is YOUR copy. Please keep this for your records. This is your receipt of the request.**

Distribution of copies of this form: Give ALL copies to the Unit Supervisor, Security Lieutenant, or CC/CM.

# ADDRESS YOUR REQUEST AS FOLLOWS

Give all requests to your Unit Supervisor, Security Lieutenant, or CC/CM for prompt attention.

Strictly Confidential Requests may be placed in a sealed envelope and addressed to the appropriate staff member or Office (Commissioner, Warden, Bureau Administration, Investigations). If it is determined that your request could have been handled by a different party, it will be returned to your Unit Supervisor, Security Lieutenant, or CC/CM.

# IMPORTANT

**DO NOT** send requests written on other forms/paper. You **MUST USE THIS FORM** when communicating with staff. Other written forms will be returned unanswered.

# INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO:** Unit Supervisor, Security Lieutenant, CC/CM     **DATE:** 12-1-23

**FROM:** ABRahams Richard JR     **ID #:** 34503

      Last Name       First Name       Middle Initial

NCF       C       24

      Facility       Housing Unit       Cell       Work/Shift

**INMATE REQUEST:** Iv had AN ON going PROBLEM WITH MY LEFT HiP, ON November 2, 2020, I was due To get A complet HiP Replacement, After many visits with my DR, IN Somersworth NH Sports Center, For Reasons Beyond my CONTROL, I was unABle To Recive TReatment on my Left HiP After The years of no TReatment The PROBlem has worsen, I have sent IN many Request CONCERNING my Hip PROBlem, This matter will not go Away oR Repair Itself STRaford County Jail and CONCORd NH State PRISION have do ex-Rays, And made Remarks To Surgery, my ATTORNY is AWARe OF MY HiP PROBlem, And THAT Im not Reciving TReatment AT This Time

(if you need more space, use plain paper)       *Richard Abrahams*     **Inmate Signature**

**TO:** Medical,     **DATE:** 12-2-22

**FROM:** Unit Supervisor, Security Lieutenant or CC/CM

**REMARKS:** _____

_____

_____

_____

      *Staff Signature*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FROM:** RN Long     **DATE:** 12/4/23

      Staff Member Name/Office

**REMARKS:** Please attend medical sick call regarding your Left Hip.

_____

_____

_____

_____

_____

      *Staff Signature*

**Received By** _____

      *Inmate Signature*

# INSTRUCTIONS

This form will be used by inmates of the New Hampshire Department of Corrections Facilities in Concord, Lakes Region, Goffstown, Berlin and Community Corrections Centers to communicate requests/issues to members of the Department of Corrections staff. Inmates serving sentences at other than New Hampshire State Prison Facilities may use stationary rather than inmate request slips.

The Yellow and White copies will be returned to you with a response. You must acknowledge receiving this response by signing the White original, which will then be returned to Offender Records for storage in archives for 3 years, after which it will be destroyed.

The Yellow copy is YOUR copy. Please keep this for your records. This is your receipt of the request.

Distribution of copies of this form: Give ALL copies to the Unit Supervisor, Security Lieutenant, or CC/CM.

# ADDRESS YOUR REQUEST AS FOLLOWS

Give all requests to your Unit Supervisor, Security Lieutenant, or CC/CM for prompt attention.

Strictly Confidential Requests may be placed in a sealed envelope and addressed to the appropriate staff member or Office (Commissioner, Warden, Bureau Administration, Investigations). If it is determined that your request could have been handled by a different party, it will be returned to your Unit Supervisor, Security Lieutenant, or CC/CM.

# IMPORTANT

**DO NOT** send requests written on other forms/paper. You **MUST USE THIS FORM** when communicating with staff. Other written forms will be returned unanswered.

## INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM       DATE: 2-24-24

FROM: ABrahams        Richard        Jr       ID #: 34503

   Last Name      First Name      Middle Initial

NCF        Charlie        24

Facility      Housing Unit      Cell      Work/Shift

INMATE REQUEST: I have Been seen Many Time's, CONCERNING my Left Hip ON 11-2-2020, I was due For a SURGERY, IN SOMERSWORTH NH AT The seacoast ORThopedic SPORTS CENTER, FOR A COMPLETE Hip Replacement, when Being Held A STRAFFORD COUNTY D.O.C. I singed A Release With medical To get The INFOMATION Needed, Then IN Concord NHSP, I had ex-rays, some Time IN NOVEMBER, Year or Two Ago, DR. Kasy Kays PuT IN A Request For me To Be seen By AN ORThopedic SURGAN, AS OF Today NOUTHING has Been done, I have AN ATTORNY ON The out side Fully Awear OF This MATTER, Im IN A Very LOT OF Pain, and IM LIMPING ON My LeFT Side, Im UNABLE To Sleep ON My LEFT Side, Im IN Need OF SURGERY, CONCORD NHSP gave _(signature)_

(if you need more space, use plain paper)
ME A PERSCRIPTION FOR TYlanal, with This Place WIII NOT Fill

                                    **Inmate Signature**

TO: _Medical: ORThopedic SurgaN_        DATE: 2-24-24

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: _____

_____

_____

_____

                                      **Staff Signature**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FROM: _C. Gadval, RN_        DATE: 2/26/24

    Staff Member Name/Office

REMARKS: _Tylnol is available on canteen for purchase. Please attend sick call if you need to further discuss your concerns._

_____

_____

_____

                                      **Staff Signature**

Received By _____

                                      **Inmate Signature**

White - Offender Records Office    Yellow - Inmate    Pink - Staff    SP-014 (a) Rev. 01/14

# INSTRUCTIONS

This form will be used by inmates of the New Hampshire Department of Corrections Facilities in Concord, Lakes Region, Goffstown, Berlin and Community Corrections Centers to communicate requests/issues to members of the Department of Corrections staff. Inmates serving sentences at other than New Hampshire State Prison Facilities may use stationary rather than inmate request slips.

The Yellow and White copies will be returned to you with a response. You must acknowledge receiving this response by signing the White original, which will then be returned to Offender Records for storage in archives for 3 years, after which it will be destroyed.

**The Yellow copy is YOUR copy. Please keep this for your records. This is your receipt of the request.**

Distribution of copies of this form: Give ALL copies to the Unit Supervisor, Security Lieutenant, or CC/CM.

# ADDRESS YOUR REQUEST AS FOLLOWS

Give all requests to your Unit Supervisor, Security Lieutenant, or CC/CM for prompt attention.

Strictly Confidential Requests may be placed in a sealed envelope and addressed to the appropriate staff member or Office (Commissioner, Warden, Bureau Administration, Investigations). If it is determined that your request could have been handled by a different party, it will be returned to your Unit Supervisor, Security Lieutenant, or CC/CM.

# IMPORTANT

**DO NOT** send requests written on other forms/paper. You **MUST USE THIS FORM** when communicating with staff. Other written forms will be returned unanswered.

Richard Abrahams 34503.
138 East Milan Street,
Berlin, New Hampshire
03570

WHITE RIV JCT VT 050

27 MAR 2024 PM 2 L

U.S. District Court.
55 Pleasant Street.
Concord, NH 03301

Legal Mail

*"Mailed from the NH State Prison. Contents have not been evaluated. Not Responsible for content/substance."*

Legal Mail, do not open

do not open    Legal mail