UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Richard Abrahams, Jr.

        v.                                    Case No. 24-cv-84-JL-TSM

Northern NH Correctional Facility, et al.



ORDER

      After due consideration of the objection filed, I herewith

approve the Report and Recommendation of Magistrate Judge Talesha L.

Saint-Marc dated December 10, 2025.

                                    _____
                                    Joseph N. Laplante
                                    United States District Judge


Date: April 20, 2026


cc:   Richard Abrahams, Jr. pro se
      Peter Morris MacKenna, Esq.
      Jonathan A. Lax, Esq.